**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

JOSE OMAR HERNANDEZ, *et al.*,
*Plaintiffs*,

v.

MARKWAYNE MULLIN, *et al.*,
*Defendants*.

Case No. 26-cv-494-ABA

# ORDER

Upon consideration of Defendants' motion to dismiss (ECF No. 15) and Plaintiffs' notice that they agree the case is moot and do not oppose dismissal (ECF No. 17), the Court ORDERS as follows:

1. Defendants' motion to dismiss (ECF No. 15) is GRANTED;
2. The case is DISMISSED without prejudice; and
3. The Clerk of Court is directed to CLOSE this case.

Date: June 9, 2026

*/s/*
Adam B. Abelson
United States District Judge